**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF NORTH CAROLINA**
**CHARLOTTE DIVISION**
3:25-cv-110

ANDREW DIXON,

*Plaintiff*,

v.

OFFICER JALPA PATEL, in his individual and official capacity; OFFICER JACK MORAN, in his individual and official capacity; OFFICER KYLE BROWN, in his individual and official capacity; OFFICER JORGE SANTIAGO, in his individual and official capacity; CHIEF OF POLICE JOHNNY JENNINGS, in his individual and official capacity,

*Defendants*.

**NOTICE OF REMOVAL TO FEDERAL COURT**

PLEASE TAKE NOTICE that, Defendants Jack Moran, Kyle Brown, Jorge Santiago, and Johnny Jennings (collectively, the "CMPD Defendants"), without waiving any defenses under the Federal Rules of Civil Procedure 12(b)(2), 12(b)(4), and 12(b)(5) for lack of personal jurisdiction, insufficient process, and insufficient service of process, by and through undersigned counsel, remove the above-captioned action from the Superior Court of Mecklenburg County, North Carolina, to the United States District Court for the Western District of North Carolina, pursuant to 28 U.S.C. §§ 1331, 1367, 1441, and 1446.

In support of this Notice of Removal, CMPD Defendants state as follows:

1. On January 9, 2025, Plaintiff Andrew Dixon filed a Complaint (Ex. 1) in the Superior Court of Mecklenburg County, North Carolina styled as *Andrew Dixon v. Officer Jalpa Patel et al*, 25CV001322-590.

2. Copies of the Summonses and Complaint meant for all five defendants were mailed to Charlotte Mecklenburg Police Department ("CMPD") headquarters at 601 E. Trade Street Charlotte, NC 28202. Those documents were received by CMPD's mail room on January 21, 2025. Plaintiff filed in the state court actions five affidavits of service purporting to show that each defendant was served via certified mail at CMPD headquarters. (Exs. 2–6.)

3. No CMPD Defendant has been personally served with a copy a Summons or the Complaint.

4. Summons for Defendant Jalpa Patel was also mailed to CMPD headquarters. Patel is no longer an employee of the City of Charlotte. The Summons directed to Patel through the mailing to CMPD headquarters has not been received by Patel.

5. Plaintiff's Complaint names CMPD Defendants in their individual and official capacities. Official capacity claims are claims against the municipality, in this case the City of Charlotte. *See Atkinson v. Godfrey*, 100 F.4th 498, 509 (4th Cir. 2024). Mailing a summons and complaint to CMPD headquarters addressed to a police department employee is not a proper method of service on a municipality. *See* N.C. Rule of Civ. P. 4(j)(5).

6. All CMPD Defendants, represented by the undersigned counsel, consent to the removal of this action. The undersigned does not represent Defendant Patel, who has not been served and for whom the undersigned lacks contact information.

7. Plaintiff's Complaint alleges, pursuant to 42 U.S.C. § 1983, that Defendants prosecuted Plaintiff in violation of his federal constitutional rights.

8. This case is a civil suit for damages allegedly arising under the United States Constitution. Accordingly, the Court has subject matter jurisdiction under 28 U.S.C. § 1331. This action is removable to federal court pursuant to 28 U.S.C. § 1441. Further, this Court has supplemental jurisdiction over Plaintiff's state law claim pursuant to 28 U.S.C. § 1367.

9. The United States District Court for the Western District of North Carolina encompasses the state court in which Plaintiff filed this action.

10. Written notice of filing of this Notice of Removal will be served upon Plaintiff's counsel.

11. A copy of this Notice of Removal to Federal Court is being filed contemporaneously in the Superior Court of Mecklenburg County, North Carolina, as shown by the Notice attached hereto as Exhibit 7.

WHEREFORE, CMPD Defendants hereby give notice that this action has been removed from the Superior Court of Mecklenburg County, North Carolina, to the United States District Court for the Western District of North Carolina.

Dated: February 14, 2025

Respectfully submitted,

OFFICE OF THE CITY ATTORNEY

/s/ *Taylor Imperiale*

Taylor Imperiale (N.C. Bar No. 61777)
Assistant City Attorney
Charlotte-Mecklenburg Government Center
600 E. Fourth Street
Charlotte, North Carolina 28202
Telephone: (980) 275-9796
Taylor.Imperiale@charlottenc.gov

*Counsel for Defendants Jack Moran, Kyle Brown, Jorge Santiago, and Johnny Jennings*

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that the foregoing Notice of Removal was served in this action via email and by depositing a copy of same in the United States mail, postage prepaid, addressed to Plaintiff's counsel of record as follows:

William Trippe Mckeny
403 East Front Street
Statesville, NC 28677
trippe@mckenylawfirm.com

Dated: February 14, 2025

/s/ *Taylor Imperiale*
Taylor Imperiale (N.C. Bar No. 61777)